FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>Delvin Richmond, JR<br>    Defendant. | ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( )  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

1         The court concludes:

2  A.  (X)  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

10  (B)  (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____

_____

_____

_____

17         IT IS ORDERED that defendant be detained.

19  DATED: 5/19/2010

*[signature]*

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2